MEMORANDUM OPINION




No. 04-07-00798-CV



IN RE Jose Gracia ESCOBEDO



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Catherine Stone, Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: December 5, 2007


PETITION FOR WRIT OF MANDAMUS DENIED

 The court has considered relator's petition for a writ of mandamus and is of the opinion that
relief should be denied. See Tex. R. App. P. 52.8(a). Accordingly, relator's petition for a writ of
mandamus is denied. 

 PER CURIAM


1. This proceeding arises out of Cause No. 2006-CI-04003, styled Jose Escobedo v. Josie Medallin, David
Caballero, and Alfonso Caballero, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable
Larry Noll presiding.